UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: SEALED MATTER

_____/

Case: 2:12-mj-30345
Judge: Unassigned,
Filed: 05-29-2012 At 10:47 AM
IN RE SEALED MATTER (SRJ)

## MOTION AND ORDER TO SEAL THE COMPLAINT AND WARRANT

The United States of America, by its undersigned attorneys, respectfully requests that the Complaint and Warrant, filed on this date, as well as this motion and order to seal, be sealed until further order of the Court for the reason that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

MATTHEW A. ROTH, P58549
Assistant United States Attorney
Deputy Chief, General Crimes Unit
211 W. Fort Street, #2001
Detroit, Michigan 48226
(313) 226-9186

Dated: May 29, 2012

IT IS SO ORDERED.

MARK A. RANDON
United States Magistrate Judge

Entered: 5/29/12