FILED
CLERK'S OFFICE

JUN 0 6 2012

U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: SEALED MATTER

MISC. NO. 12-30345

_____/

## MOTION AND ORDER TO UNSEAL COMPLAINT AND ARREST WARRANT

THE UNITED STATES OF AMERICA respectfully requests that the complaint and arrest warrant in this case be unsealed for the following reasons:

1. That the United States is no longer apprehensive that one or more persons may flee the jurisdiction or that evidence may be destroyed if they become aware of the substance of the arrest warrant.

2. That the United States is no longer apprehensive that there is danger of harm to potential government witnesses if any persons become aware of the substance of the complaint and arrest warrant.

BARBARA L. McQUADE
United States Attorney

*Matthew A. Roth* / by BLS p59238 with permission

MATTHEW A. ROTH
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226-3211
(313) 226-9186

Dated: June 6, 2012

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

_____
R. STEVEN WHALEN

DATED: 6/6/12