UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

CRIMINAL NO. 12-30345.

Plaintiff

v.

Donald Croft

Defendant

FILED
CLERK'S OFFICE

JUN 07 2012

U.S. DISTRICT COURT
EASTERN MICHIGAN

## APPEARANCE OF COUNSEL

TO THE CLERK OF COURT:

Please enter my appearance as attorney on behalf of defendant Donald Croft in the above-entitled case.

_____
Signature

Lawrence Shulman  P45075
Printed name and P number

2000 Town Center Suite 1650
Address

Southfield         MI         48075
City              State       Zip Code

248-936-1900
Telephone number

Shulman1@jacksonlewis.com
E-mail address

**PLEASE CHECK THE APPROPRIATE BOX**  ☐ Retained  ☐ CJA Appointment

Date: _____

(Rev. 3/2012)